IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| PATRICK PRINCE, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 18 C 2945 |
| | ) | |
| v. | ) | Judge Marvin E. Aspen |
| | ) | |
| KRISTON KATO, et al., | ) | Magistrate Judge Sheila M. Finnegan |
| | ) | |
| Defendants. | ) | |

**CITY OF CHICAGO'S UNOPPOSED MOTION FOR EXTENSION
OF TIME TO FILE RESPONSIVE PLEADING**

Defendant, City of Chicago ("City"), by its attorney, Terrence M. Burns of Reiter Burns LLP, for its unopposed motion for an extension of time to answer or otherwise plead, to and including August 6, 2018, states:

1. Plaintiff Patrick Prince filed his 178-paragraph complaint on April 25, 2018. (Dkt. 1.) Plaintiff subsequently filed a return of service as to the City on June 13, 2018, with a responsive pleading due date of July 5, 2018. (Dkt. 7).

2. Counsel for Defendant City was recently retained and is in the process of gathering information pertaining to the case. Defendant City requests an extension of time to file its responsive pleading, not for purposes of delay, but to allow its defense counsel time to gather sufficient information and prepare the appropriate responsive pleading.

3. Counsel for the City has communicated with Plaintiff's counsel, David Owens, who advised Plaintiff does not oppose the City's requested extension of time to file its responsive pleadings. No prejudice will be suffered by any party as a result of the requested extension.

WHEREFORE, Defendant, City of Chicago, requests an extension of time to answer or otherwise plead, to and including August 6, 2018, and for any other relief this Court deems appropriate.

                                  Respectfully submitted,

                                  /s/ Terrence M. Burns
                                  One of the Attorneys for Defendant,
                                  City of Chicago

Terrence M. Burns
Reiter Burns LLP
311 South Wacker Drive, Suite 5200
Chicago, IL 60606
(312) 982-0090 (telephone)

## **CERTIFICATE OF SERVICE**

I hereby certify that on **July 5, 2018**, I electronically filed the foregoing **City of Chicago's Motion for Extension of Time (*Unopposed*)** with the Clerk of the Court using the ECF system, which sent electronic notification of the filing on the same day to:

**Plaintiff's Counsel:**
Jonathan I. Loevy
Anand Swaminathan
Steven Art
David B. Owens
Loevy & Loevy
311 North Aberdeen
3rd Floor
Chicago, Illinois 60607
312-243-5900