IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PATRICK PRINCE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 18 C 2952 |
| v. | ) |
| | ) Judge Marvin E. Aspen |
| CITY OF CHICAGO, et al., | ) |
| | ) Magistrate Judge Sheila M. Finnegan |
| Defendants. | ) |

**NOTICE OF MOTION (*UNOPPOSED*)**

TO: Counsel of Record

PLEASE TAKE NOTICE that on **Thursday, July 19, 2018** at **9:00 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the **Honorable John Z. Lee,** in Room **1225** of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois and shall then and there present the attached **Defendants' Unopposed Motion for Extension of Time.**

Dated: July 11, 2018                                        Respectfully submitted,


                                                            s/ Terrence M. Burns
                                                            _____
Terrence M. Burns                                           One of the Attorneys for Defendant,
Paul A. Michalik                                            CITY OF CHICAGO
Daniel M. Noland
Elizabeth A. Ekl
Katherine C. Morrison
Reiter Burns LLP
311 South Wacker Dr., Suite 5200
Chicago, Illinois 60606
312.982.0090
312.429.0644 (facsimile)

## **CERTIFICATE OF SERVICE**

I hereby certify that on **July 11, 2018**, I electronically filed the foregoing **Notice of Motion (Unopposed)** with the Clerk of the Court using the ECF system, which sent electronic notification of the filing on the same day to all counsel of record via the Court's CM/ECF system.

s/ Terrence M. Burns