# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Patrick Prince

                     Plaintiff,

v.                                              Case No.: 1:18−cv−02952
                                                      Honorable John Z. Lee

Kriston Kato, et al.

                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 12, 2018:

      MINUTE entry before the Honorable John Z. Lee: Defendant City of Chicago's agreed motion [16] for an extension of time to answer or otherwise plead is granted. The City's responsive pleading shall be due August 6, 2018, Defendants Kato, Rooney, Rybicki, and Sarpalius's agreed motions [17] [27] for an extension of time to answer or otherwise plead are also granted. These Defendants' responsive pleadings shall be due September 7, 2018. No appearance is required on these motions. Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.