**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| PATRICK PRINCE, | ) | |
| | ) | No. 18 C 2952 |
| *Plaintiff,* | ) | |
| | ) | Hon. John Z. Lee, |
| v. | ) | District Judge |
| | ) | |
| KRISTON KATO, *et al.,* | ) | Hon. Sunil R. Harjani, |
| | ) | Magistrate Judge |
| *Defendants.* | ) | |

## JOINT STATUS REPORT REGARDING *MONELL* DISCOVERY

Plaintiff PATRICK PRINCE, by his attorneys, and the City of Chicago, by its attorneys, pursuant to the Court's orders, provides the following joint status report regarding *Monell* discovery, stating as follows:

1.      The parties have been conferring regarding *Monell* discovery, in an effort to narrow the issues in dispute. See joint status reports submitted on May 16, 2019 and June 3, 2019. Dkts. 101 and 105.

2.      On July 7, 2019, Plaintiff sent Defendants correspondence outlining all *Monell* discovery issues plaintiff contended were pending.

3.      The parties conferred about those issues on July 16, 2019, and during that discovery conference the City confirmed that it had completed its production and responses to a number of interrogatories and that it intended to supplement certain interrogatories and responses to requests for production.

4.      Over the next several weeks, the parties continued to confer about *Monell* discovery, including concerning the identification of witnesses as well as production of documents.

5.      On August 16, 2019, the parties held a follow-up discovery conference. The City

confirmed that supplemental interrogatory responses and supplemental document production would be provided by early next week. With respect to the production of Complaint Register files that Plaintiff has sought in support of his claims that the City failed to supervise, discipline, and train its officers, Plaintiff and the City have been exchanging proposals, and Plaintiff provided the City with his final proposal today, in which he requests all of the CR files for each detective who worked at Area Four between 1986 and 1991. The City's counsel advised they would need to confer with their client with respect to today's proposal, and would respond next week. Plaintiff and the City have also reached impasse on whether the City will produce Area Four homicide files, which Plaintiff is seeking in support of his *Monell* claims.

6. Given this state of affairs, the parties propose the following schedule for bringing *Monell* issues to the Court in a timely fashion:

    a. The City will provide supplemental responses to interrogatories and provide supplemental document productions on August 19, 2019.

    b. On the two issues where the City is considering Plaintiff's proposals, the City will provide a response and the parties will reach agreement or otherwise reach impasse by August 27, 2019.

    c. Plaintiff will file an omnibus motion to compel regarding all outstanding *Monell* issues on which the parties cannot agree by August 30.

7. Plaintiff intends to proceed as well with the depositions of witnesses relevant to his *Monell* claims, including issuing a Rule 30(b)(6) notice of deposition; requesting depositions of supervisors of Defendant Kato with knowledge of the complaints against him and the Chicago Police Department's response; and requesting depositions of other policymakers with knowledge of City policies and customs relevant to this case. The City is uncertain who plaintiff will seek to depose, and reserves the right to object to deposition requests plaintiff may request.

8. Plaintiff expects that *Monell* discovery can be completed within the 90-day extension requested by the Individual Police Officer Defendants. The City disagrees. Depending on the nature and extent of *Monell* document discovery that ultimately takes place, and the nature and extent of the *Monell* claims plaintiff pursues, the City estimates that *Monell* discovery could take an additional twelve months.

**DATED: AUGUST 16, 2019**

                              RESPECTFULLY SUBMITTED,

**PATRICK PRINCE**

By:    /s/ Steven Art
        *One of Plaintiff's Attorneys*

        Jon Loevy
        Steve Art
        David B. Owens
        Scott R. Drury
        LOEVY & LOEVY
        311 North Aberdeen, 3rd Floor
        Chicago, Illinois 60607
        (312) 243-5900

**CITY OF CHICAGO**

By:    /s/ Daniel Noland
        *One of the City of Chicago's Attorneys*

        Terrence M. Burns
        Paul A. Michalik
        Daniel M. Noland
        Elizabeth A. Ekl
        Katherine C. Morrison
        Reiter Burns LLP
        311 South Wacker Dr., Suite 5200
        Chicago, Illinois 60606
        312.982.0090

**<u>CERTIFICATE OF SERVICE</u>**

I, Steven Art, an attorney, hereby certify that on August 16, 2019, I caused the foregoing JOINT

MOTION REGARDING MONELL DISCOVERY be filed using the Court's CM/ECF system,

which effected service on all counsel of record.

/s/ Steven Art
*One of Plaintiff's Attorneys*

4