**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | |
|---|---|
| PATRICK PRINCE, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>KRISTON KATO, RICHARD RYBICKI, )<br>PAUL SARPALIUS, Chicago Police Sergeant )<br>W. ROONEY (Star No. 934), UNKNOWN )<br>EMPLOYEES OF THE CITY OF CHICAGO, )<br>and the CITY OF CHICAGO, Illinois, )<br>)<br>Defendants. )<br>) | Case No. 18 CV 2952<br><br><br><br><br><br>District Court Judge Martha M. Pacold<br>Magistrate Judge Sunil R. Harjani |

**JOINT STATUS REPORT**

Pursuant to this Court's September 26, 2019 Order (the "Order") (Dkt No. 150), the parties submit the following Joint Status Report:

**I.        October/November 2019 deposition schedule:**

| DATE | DEPONENT |
|---|---|
| October 2 | Cornelius Green |
| October 3 | Liakapolous |
| October 8 | David March |
| October 9 | Eugene Roy |
| October 15 | Michael Waslewski* |
| October 16 | Frederick Seaton* |
| October 21 | Theresa Kisro* |
| October 22 | John Summerville* |
| October 23 | TBD |
| October 29 | Noelle Zupancic* |
| October 30 | TBD |
| November 5 | Gina Savini* |
| November 6 | TBD |
| November 7 | Carol Rogala* |
| November 12 | Officer Moore* |

1

| DATE | DEPONENT |
|---|---|
| November 13 | Genia Peeples* |
| November 14 | Plaintiff ** |
| November 19 | Dominica Stepheson* |
| November 20 | TBD |
| November 21 | Detective Kato |

*Subject to service and/or availability of deponent.

** The parties are in discussions regarding the date of Plaintiff's deposition.

Dated: October 1, 2019

                                            Respectfully submitted,

                                            /s/ Krista E. Stalf

Steven B. Borkan
Timothy P. Scahill
Krista E. Stalf
Misha Itchhaporia
Borkan & Scahill, Ltd.
20 South Clark Street
Suite 1700
Chicago, IL 60603
312-580-1030

| | |
|---|---|
| s/ Daniel Noland | /s/ Scott R. Drury |
| Terrence M. Burns | Steven Art |
| Paul A. Michalik | David B. Owens |
| Daniel M. Noland | Scott R. Drury |
| Reiter Burns LLP | LOEVY & LOEVY |
| 311 S. Wacker Dr., Suite 5200 | 311 N. Aberdeen St., 3rd Fl. |
| Chicago, IL 60606 | Phone: 312.243.5900 |
| 312-982-0090 | F: 312.243.5902 |