**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| PATRICK PRINCE, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 18 CV 2952 |
| v. | ) | |
| | ) | |
| KRISTON KATO, RICHARD RYBICKI, | ) | |
| PAUL SARPALIUS, Chicago Police Sergeant | ) | |
| W. ROONEY (Star No. 934), UNKNOWN | ) | |
| EMPLOYEES OF THE CITY OF CHICAGO, | ) | District Court Judge Martha M. Pacold |
| and the CITY OF CHICAGO, Illinois, | ) | Magistrate Judge Sunil R. Harjani |
| | ) | |
| Defendants. | ) | |
| | ) | |

**JOINT STATUS REPORT**

Pursuant to this Court's November 11, 2019 Order (the "Order") (Dkt No. 178), the parties submit the following Joint Status Report:

**I.      January/February 2019 deposition schedule:**

| DATE | DEPONENT |
|---|---|
| January 10 | James Jones |
| January 16 | TBD |
| January 21 | TBD |
| January 28 | Defendant Kato |
| January 30 | Theresa Kisro |
| February 3 | Gina Savini* |
| February 4 | TBD |
| February 5 | TBD |
| February 10 | Dominica Stepheson** |
| February 12 | TBD |
| February 13 | Plaintiff*** |
| February 19 | Joel Whitehouse**** |
| February 20 | TBD |
| February 21 | 30(b)(6) Witness from Cook County Sheriff's Department |

1

| DATE | DEPONENT |
|---|---|
| February 24 | Nikki Carless***** |
| February 26 | Genia Peeples |
| February 27 | Fredrick Seaton***** |

*Subject to availability of Plaintiff's counsel
**Subject to service and/or availability of deponent and her counsel.
*** The parties are in discussions regarding the date of Plaintiff's deposition.
**** Subject to availability of the deponent and his counsel.
***** Subject to availability of deponent.

Dated: January 7, 2020

                                        Respectfully submitted,

                                        /s/ Krista E. Stalf

Steven B. Borkan
Timothy P. Scahill
Krista E. Stalf
Misha Itchhaporia
Borkan & Scahill, Ltd.
20 South Clark Street
Suite 1700
Chicago, IL 60603
312-580-1030

| | |
|---|---|
| s/ Daniel Noland | /s/ Scott R. Drury |
| Terrence M. Burns | Steven Art |
| Paul A. Michalik | David B. Owens |
| Daniel M. Noland | Scott R. Drury |
| Reiter Burns LLP | LOEVY & LOEVY |
| 311 S. Wacker Dr., Suite 5200 | 311 N. Aberdeen St., 3rd Fl. |
| Chicago, IL 60606 | Phone: 312.243.5900 |
| 312-982-0090 | F: 312.243.5902 |