IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| PATRICK PRINCE, ) | |
| ) | |
| Plaintiff, ) | Case No. 18 CV 2952 |
| v. ) | |
| ) | |
| KRISTON KATO, RICHARD RYBICKI, ) | |
| PAUL SARPALIUS, Chicago Police Sergeant ) | |
| W. ROONEY (Star No. 934), UNKNOWN ) | |
| EMPLOYEES OF THE CITY OF CHICAGO, ) | District Court Judge Martha M. Pacold |
| and the CITY OF CHICAGO, Illinois, ) | Magistrate Judge Sunil R. Harjani |
| ) | |
| Defendants. ) | |
| ) | |

**JOINT STATUS REPORT**

Pursuant to this Court's January 27, 2020 Order (the "Order") (Dkt No. 186), the parties submit the following Joint Status Report:

**I.    January-March 2020 deposition schedule:**

| DATE | DEPONENT |
|---|---|
| January 30 | Theresa Kisro |
| January 31 | Defendant Kato |
| February 3 | Gina Savini |
| February 5 | Cornelius Green |
| February 19 | Joel Whitehouse |
| February 21 | 30(b)(6) Witness from Cook County Sheriff's Department |
| February 24 | Dominica Stephenson |
| March 2 | Shawn Hardy |
| March 4 | Randall Haywood |
| March 9 | Michael Waslewski |
| March 11 | Gregory Shelton |
| March 12 or 17 | Plaintiff Patrick Prince |

The parties also anticipate the depositions of Aaron Douglas, Ezekiel McDaniel and Keith Mitchell will take place in March 2020.

Dated: January 29, 2020

                     Respectfully submitted,

                     /s/ Scott R. Drury

Arthur Loevy
Jon Loevy
Steven Art
David B. Owens
Scott R. Drury
LOEVY & LOEVY
311 N. Aberdeen St., 3rd Fl.
Phone: 312.243.5900
F: 312.243.5902

| /s/ Daniel Noland | /s/ Krista E. Stalf |
|---|---|
| Terrence M. Burns | Steven B. Borkan |
| Paul A. Michalik | Timothy P. Scahill |
| Daniel M. Noland | Krista E. Stalf |
| Reiter Burns LLP | Misha Itchhaporia |
| 311 S. Wacker Dr., Suite 5200 | Borkan & Scahill, Ltd. |
| Chicago, IL 60606 | 20 South Clark Street |
| 312-982-0090 | Suite 1700 |
| | Chicago, IL 60603 |
| | 312-580-1030 |

## CERTIFICATE OF SERVICE

I, Scott R. Drury, an attorney, hereby certify that, on January 29, 2020, I filed the foregoing document using the Court's CM/ECF system, which effected service on all counsel of record.

/s/ Scott R. Drury
*One of Patrick Prince's Attorneys*