IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| PATRICK PRINCE, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 18 CV 2952 |
| v. | ) | |
| | ) | |
| KRISTON KATO, RICHARD RYBICKI, | ) | |
| PAUL SARPALIUS, Chicago Police | ) | |
| Sergeant W. ROONEY (Star No. 934), | ) | |
| UNKNOWN EMPLOYEES OF THE | ) | District Court Judge Martha M. Pacold |
| CITY OF CHICAGO, and the CITY OF | ) | Magistrate Judge Sunil R. Harjani |
| CHICAGO, Illinois, | ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE CONCERNING HEARING**

NOW COMES Plaintiff, Patrick Prince, by and through his attorneys, and respectfully submits the following notice, and states:

1. Yesterday, this Court scheduled a hearing for the City's motion for protective order for Friday, April 1, 2022. Dkt. 330.

2. Today, in furtherance of that order, this Court requested that Mr. Swaminathan appear at the hearing "given his familiarity with a similar issue in the Reyes/Solache cases." Dkt. 331.

3. Mr. Swaminathan is unavailable on Friday, April 1, 2022, and out on a previously-schedule trip.

4. Though I have not participated in the litigation of the *Reyes/Solache* cases, I am familiar with the differential postures of the two cases, and will review the docket in *Reyes/Solache* concerning the PTP

production and the City's motion concerning that production (which it referenced in a status report in this case), so that the Court's questions can be answered on Friday.

5. Should this pose a problem for the Court, Plaintiff has no objection to the status being reset but the undersigned will be prepared to address all issues at the hearing Friday.

Dated: March 30, 2021

Jon Loevy
Anand Swaminathan
Steven Art
David B. Owens
LOEVY & LOEVY
311 N. Aberdeen St., 3rd Fl. 60607
Phone: 312.243.5900
F: 312.243.5902

        Respectfully submitted,

        /s/ David B. Owens
        *One of Plaintiff's Attorneys*

## **Certificate of Service**

      I, David B. Owens, an attorney, hereby certify that on March 30, 2022, I caused the foregoing to be filed via this Court's electronic filing system which effectuated service on all counsel of record.

                                              /s/ David B. Owens