## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Patrick Prince

                    Plaintiff,

v.                                         Case No.: 1:18−cv−02952
                                                          Honorable Martha M. Pacold

Kriston Kato, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 18, 2022:

      MINUTE entry before the Honorable Sunil R. Harjani: Without wading into the back and forth in the briefing, the Court will grant the Defendant's motion [362] as follows: draft agreement to Plaintiff by 8/24/22; response from Plaintiff by 8/26/22 and the release and settlement agreement shall be executed by August 31, 2022. Appearance not required on 8/22/2022. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.