IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PATRICK PRINCE, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No.: 18 CV 2952 |
| KRISTON KATO, RICHARD RYBICKI, PAUL SARPALIUS, CHICAGO POLICE SERGEANT W. ROONEY (Star No. 934), UNKNOWN EMPLOYEES OF THE CITY OF CHICAGO, and the CITY OF CHICAGO, Illinois, | ) Judge Martha M. Pacold ) ) ) ) ) |
| Defendants. | ) |

## AMENDED STIPULATION TO DISMISS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective attorneys of record, that this matter has been settled by the parties and, therefore, all claims related to this cause should be dismissed without prejudice, to be automatically converted to dismissal with prejudice 75 days from the entry of the Court's order, unless a party has moved to extend this date prior to the expiration of the 75 days. Each side shall bear its own costs and attorneys' fees.

Respectfully submitted,

/s/ David B. Owens
Jon Loevy
Steve Edwards Art
David B. Owens
Loevy & Loevy
311 N. Aberdeen
3rd Floor
Chicago, IL 60607
(312) 243-5900
*Attorneys for Plaintiff*

DATE:10/7/22

CITY OF CHICAGO
a Municipal Corporation
CELIA MEZA
Corporation Counsel
Attorney for City of Chicago

/s/ Daniel M Noland
Terrence M. Burns
Paul A. Michalik
Daniel M. Noland
Reiter Burns LLP

311 S. Wacker Dr., Suite 5200
Chicago, Illinois 60606
(312) 982-0090
*Attorneys for City of Chicago*

DATE: 10/7/22


/s/ Steve B. Borkan
Steve B. Borkan
Timothy P. Scahill
Misha Itchhaporia
Special Assistant Corporation Counsel
Borkan & Scahill, Ltd.
20 S. Clark Ste. 1700
Chicago, Illinois 60603
(312) 580-1030
*Attorneys for Defendants Kato, Rybicki, Sarpalius, and Rooney*

DATE: 10/7/22