IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| PATRICK PRINCE, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No. 18 CV 2952 |
| ) | |
| KRISTON KATO, RICHARD RYBICKI, ) | |
| PAUL SARPALIUS, Chicago Police Sergeant ) | District Court Judge Martha M. Pacold |
| W. ROONEY (Star No. 934), UNKNOWN ) | |
| EMPLOYEES OF THE CITY OF CHICAGO, ) | Magistrate Judge Sunil R. Harjani |
| and the CITY OF CHICAGO, Illinois, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## JOINT STATUS REPORT

Pursuant to this Court's Order (Dkt. 367), the Court asked the parties to provide further explanation regarding the parties' Stipulation of Dismissal (Dkt. 366). The parties understand the Court may not maintain jurisdiction of a matter that it has dismissed with prejudice; consequently, the parties plan to file a revised Stipulation of Dismissal asking the Court to enter an order dismissing the action but to delay making the dismissal with prejudice for 75 days.

Respectfully submitted,

/s/ Steve Edwards Art
Jon Loevy
Steve Edwards Art
David B. Owens
Loevy & Loevy
311 N. Aberdeen
3rd Floor
Chicago, IL 60607
(312) 243-5900
*Attorneys for Plaintiff*

DATE:   10/14/22

CITY OF CHICAGO
a Municipal Corporation
CELIA MEZA
Corporation Counsel
Attorney for City of Chicago

/s/ Daniel M Noland
Terrence M. Burns
Paul A. Michalik
Daniel M. Noland
Reiter Burns LLP
311 S. Wacker Dr., Suite 5200

Chicago, Illinois 60606
(312) 982-0090
*Attorneys for City of Chicago*

DATE:   10/14/22


/s/ Steve B. Borkan
Steve B. Borkan
Timothy P. Scahill
Misha Itchhaporia
Special Assistant Corporation Counsel
Borkan & Scahill, Ltd.
20 S. Clark Ste. 1700
Chicago, Illinois 60603
(312) 580-1030
*Attorneys for Defendants Kato, Rybicki, Sarpalius, and Rooney*

DATE:  10/14/22