# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Patrick Prince
                    Plaintiff,

v.                                             Case No.: 1:18−cv−02952
                                             Honorable Martha M. Pacold

Kriston Kato, et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, October 18, 2022:

      MINUTE entry before the Honorable Martha M. Pacold: The court has received the parties' amended stipulation to dismiss [369] and joint status report [370]. The case is hereby dismissed without prejudice, to be automatically converted to a dismissal with prejudice 75 days from the entry of this order, unless any party files a motion to extend this date prior to the expiration of the 75 days. Each side to bear its own costs and attorneys' fees. Civil case terminated. (rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.